UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                                  Plaintiff,

      -against-

DAVID VALERIO,

                               Defendant.

------------------------------------------------------------------- x

21-CR-673 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea Hearing is set for **May 18, 2022** at **2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            May 10, 2022

                                                            **ANDREW L. CARTER, JR.**
                                                            United States District Judge