**MEMO ENDORSED**

LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/21/22
```

July 14, 2022

**By ECF**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. David Valerio*, 21 Cr. 673 (ALC)

Your Honor:

    I write with the government's consent respectfully to request that the sentencing scheduled for August 18 be adjourned until September 8, 2022, at 3:30 pm. I understand from Ms. Hunter-Hicks that that is a date and time when the Court is available, and the parties are as well. The reason for the request is that there has been a slight delay in the PSR and, even on the original schedule, the final disclosure will not arrive until after the defense sentencing submission is due. I spoke with AUSA Aline Flodr, who consents to this request. I met with Mr. Valerio yesterday and he also consents to this request. Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman

cc: Counsel of Record (by ECF)

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
7/21/22