UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                                              **ORDER**
                                              21-CR-673 (ALC)

        -against-

David Valerio,
-------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    Today's sentencing is adjourned to **September 13, 2022** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
        September 8, 2022

                                                ANDREW L. CARTER, JR.
                                                UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-8-22